# MISCELLANEOUS ORDERS

| | | |
|---|---|---|
| In re Report of the Commission On Continuing Legal Education. | : : : | CLE–2001–22105 |
| Jack B. Streepy ( # 0022105), Respondent. | : : | ORDER |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education ("commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1999–2000 reporting period.

On January 18, 2002, this court entered an order against respondent adopting the recommendation of the commission that respondent be ordered to pay a sanction in the amount of $150.00 for failure to comply with Gov.Bar R. X during the 1999–2000 reporting period.

On July 20, 2007, the commission filed a motion to vacate, requesting that the order of January 18, 2002, pertaining to the above-named respondent, be vacated. Upon consideration thereof,

IT IS ORDERED by the court that the motion to vacate is granted.

IT IS FURTHER ORDERED by the court that the order of January 18, 2002, pertaining to respondent, is vacated and this cause is dismissed.